IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRAIG GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-829 |
| | ) | |
| OFFICER MCPETE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel Lie Detector Test filed by Plaintiff, Craig Gibson, on January 2, 2013 (Doc. 38). The Motion is **DENIED**. The results of a lie detector would have no relevance to the claims that are pending before the Court. It will be the province of a jury or fact-finder to determine the veracity or the witnesses and evidence presented at trial.

**DATED: January 10, 2013**

                       **DONALD G. WILKERSON**
                       **United States Magistrate Judge**