IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG GIBSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER MCPETE, et al., )<br>)<br>Defendants. ) | Case No. 3:12-cv-829 |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Compel Lie Detector Test filed by Plaintiff, Craig Gibson, on January 2, 2013 (Doc. 38).  The Motion is **DENIED**.  The results of a lie detector would have no relevance to the claims that are pending before the Court.  It will be the province of a jury or fact-finder to determine the veracity or the witnesses and evidence presented at trial.

**DATED: January 10, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**