IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRAIG GIBSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER MCPETE, et al., )<br>)<br>Defendants. ) | Case No. 3:12-cv-829-GPM-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Reconsideration of Appointment of Counsel (which the Court construes as a Motion for Recruitment of Counsel) filed by Plaintiff, Craig Gibson, on March 27, 2013 (Doc. 43). The Motion is **DENIED WITHOUT PREJUDICE**. The Clerk is directed to mail to Plaintiff the new form Motion for Recruitment of Counsel along with a copy of this Order. Plaintiff is directed to fill out the form and submit it to the Court. Plaintiff in particular will indicate whether he has received assistance in prosecuting this lawsuit and whether he has access to a law library or legal materials.

**DATED: May 2, 2013**

**DONALD G. WILKERSON**
**United States Magistrate Judge**